UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLUE ROCK FUND, LLC, ) | Case No.: CV 12-03596 PSG |
| ) Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) ) | |
| ELIA SERRANO, ) ) | |
| Defendant. ) ) | |

On August 7, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than August 17, 2012, Plaintiff Blue Rock Fund, LLC is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 10, 2012

PAUL S. GREWAL
United States Magistrate Judge

Case No.: CV 12-02989 PSG
**ORDER TO SHOW CAUSE**